## LEWANDOWSKI *v*. WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 107, September Term, 1957.]

*Decided June 11, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

These applications for leave to appeal from two denials of writs of *habeas corpus* are denied for the reasons set out in the opinion of Judge Allen in the court below.